FROM: David Williams
CASE # 7:09-CR-558(CM)
TO: Court Clerk                                             Date 7/02/2023

Subject: Request To Dismiss Rule 60(B)(4) motion without prejudice:

Mr. Williams, makes the following Request to dismiss his Rule 60(B)(4) motion pending before the courts; Due to his pre-existing Compassionate Release motion thats being considered by the courts for settlement.

In a show of Good Faith, The movant Requests that this court terminate his Rule 60(B)(4) action without prejudice so that the movant can process His compassionate Release motion without burden, or undue Hassle; And with the option to Revisit a 'Rule 60' action in the near future

**MEMO ENDORSED**

7/13/23

Motion to dismiss Rule (B)(4) motion (at Dkt # 268) is granted — Motion is dismissed without prejudice.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/13/23

## Certificate of Service

I HEARby declare that a written and pro se filing of this letter has been served on all parties bearing intrest in this matter.

### 28 U.S.C 1746

Under the penalty of perjury the foregoing is a true and accurate bill.

Executed on
7/02/2023

David Williams IV
# 70659-054

David Williams IV # 70659-054
United States Penitentiary - Pollock
P.O. Box 2099
Pollock, LA 71467

Crim Doc
B.C

To Court Clerk

Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, N.Y 10007-1312

SHREVEPORT LA 710
3 JUL 2023 PM 2 L



RECEIVED
JUL 07 2023
CLERK'S OFFICE
S.D.N.Y.